# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SA MOUA

                 Plaintiff,

   v.

UNIVERSAL PROCESSING SOLUTIONS
OF CHECK RECOVERY, LLC.

                 Defendants.

_____/

CASE NO.    1:13-cv-0455-AWI-MJS

ORDER RE: DISPOSITIVE DOCUMENTS
AFTER NOTICE OF SETTLEMENT

DISPOSITIVE DOCUMENTS SHALL BE
FILED WITHIN 45 DAYS.

(ECF No. 5)

    On May 24, 2013, Plaintiff, Sa Moua, notified the Court that the above - captioned matter settled in it entirety on May 24, 2013 (ECF No. 5).   In accordance with the provisions of Local Rule 160 (Fed R. Civ. P. 16), the Court now orders that all dispositive documents be submitted no later than 45 days from the date of this Order..

    Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see attached Notice of Local Rule 160 and Local Rule 272.)

///

///

1    ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY

2  VACATED. \

3  IT IS SO ORDERED.

4

5  Dated:    May 28, 2013              /s/ *Michael J. Seng*

6                                     UNITED STATES MAGISTRATE JUDGE