1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

12

13 | **SA MOUA,** | **Case No.: 13-CV-00455-AWI-MJS**

14           Plaintiff,          **ORDER GRANTING JOINT MOTION
                                   TO DISMISS**
15           v.                  **CASE WITH PREJUDICE**

16

17 | **UNIVERSAL PROCESSING
   | SOLUTIONS OF CHECK
18 | RECOVERY, LLC,**

19

20           Defendant.

21
22
23
24
25
26
27
28

Having considered Defendant Universal Processing Solutions of Check Recovery, LLC, and Plaintiff Sa Moua's (collectively, the "Parties"), Joint Motion to Dismiss Case with Prejudice, and good cause appearing, hereby **ORDERS** as follows:

1. Plaintiff Sa Moua's claims in the above-entitled action, filed in the U.S.D.C., Eastern District of California, Case No. 13-CV-00455-AWI-MJS, are dismissed **WITH PREJUDICE.**

2. Each party shall bear its/his own attorney's fees and costs with respect to this dismissal.

3. The Court retains jurisdiction through and including December 31, 2013.

IT IS SO ORDERED.

Dated: __July 10, 2013__       _____

SENIOR DISTRICT JUDGE