1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| SA MOUA, | Case No.: 13-CV-00455-AWI-MJS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| v. | **CASE WITH PREJUDICE** |
| UNIVERSAL PROCESSING SOLUTIONS OF CHECK RECOVERY, LLC, | |
| Defendant. | |

Having considered Defendant Universal Processing Solutions of Check Recovery, LLC, and Plaintiff Sa Moua's (collectively, the "Parties"), Joint Motion to Dismiss Case with Prejudice, and good cause appearing, hereby **ORDERS** as follows:

1. Plaintiff Sa Moua's claims in the above-entitled action, filed in the U.S.D.C., Eastern District of California, Case No. 13-CV-00455-AWI-MJS, are dismissed **WITH PREJUDICE.**
2. Each party shall bear its/his own attorney's fees and costs with respect to this dismissal.
3. The Court retains jurisdiction through and including December 31, 2013.

IT IS SO ORDERED.

Dated:  July 10, 2013                    _____
                                          SENIOR DISTRICT JUDGE